IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BANERTEK LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 2:16-cv-00835-JRG-RSP |
| v. | § § | |
| SPARKS NETWORK INC., | § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is Plaintiff Banertek LLC, and Defendant Spark Networks, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered the Joint Motion, is of the opinion that the motion should be GRANTED.

It is therefore, ORDERED that the Joint Motion to Stay All Deadlines be and is hereby GRANTED, and that all unreached case deadlines applicable between Plaintiff and Defendant are stayed for thirty (30) days from the date of this Order. If the parties have not filed a motion for dismissal by January 3, 2016, the parties are ORDERED to appear in person for a status conference on January 4, 2016 at 9:00 A.M.

**SIGNED this 1st day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE