# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BANERTEK LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>SPARKS NETWORK INC.,<br><br>             Defendant. | CIVIL ACTION N0. 2:16-cv-00835-JRG |

## ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant Sparks Network Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against Sparks Network Inc. are DISMISSED with prejudice.

**SIGNED this 19th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE